Form 199 − ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.:  21−19351−ABA
                  Chapter:  7
                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John E. Groff Jr.
   dba EUTTOPIA '19 LLC
   1721 49th St
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−6058

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Douglas S. Stanger was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Andrew Sklar.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:              1/27/22
Time:              11:30 AM
Location:

    Please note, all previously scheduled deadlines remain the same.

Dated: December 14, 2021
JAN:

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19351-ABA |
| John E. Groff, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 14, 2021 | Form ID: 199 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E. Groff, Jr., 1721 49th St, Pennsauken, NJ 08110-2933 |
| 519454495 | + | 91 Express Lanes, Attn: Linebarger Goggan Blair & Sampson, 18000 Studebaker Rd, Ste 700, Cerritos, CA 90703-2684 |
| 519454496 | + | Accu Reference Medical Lab, 1901 E. Linden Ave, Ste 4, Linden, NJ 07036-1195 |
| 519454497 | + | Advocare Garden St Eye Physici, PO Box 3001, Voorhees, NJ 08043-0598 |
| 519454498 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454504 | + | Atlantic Medical Imaging, 44 East Jimmie Leeds rd, Absecon, NJ 08205-4470 |
| 519454505 | + | Avi Auto Sls, 430 White Horse Pike, Magnolia, NJ 08049-1470 |
| 519454506 | + | Barclays Bank Delaware, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519454507 | + | Brenner Financial, Inc. t/a Brenner Car, Attn: Cooper Levenson April Niedelman, 1125 Atlantic Ave, 4rd Fl, Atlantic City, NJ 08401-4806 |
| 519454508 | + | Brian Nunez, Attn: McOmber & McOmber, PC, 54 Shrewsbury Ave, Red Bank, NJ 07701-1113 |
| 519454511 | + | CRCC, 5050 Tilghman St, Ste 120, Allentown, PA 18104-9122 |
| 519454512 | + | Dental Arts of South Jersey, 1001 Laurel Oak Rd, Ste C1, Voorhees, NJ 08043-3512 |
| 519454513 | + | Diagnostic Pathology Consultants, 520 E 22nd St, Lombard, IL 60148-6110 |
| 519454514 | + | Donahue, Battle and Donahue, 1515 Market St, Ste 1540, Philadelphia, PA 19102-1917 |
| 519454515 | + | Euttopia, Inc., Attn: Sklar Law LLC, 1200 Laurel Oak Rd, Ste 102, Voorhees, NJ 08043-4317 |
| 519454516 | + | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 519454519 | + | Haddonfield Dental, 63 Kresson Rd, Ste 102, Cherry Hill, NJ 08034-3200 |
| 519454520 | + | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519454521 | + | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519454522 | + | Javier Nava and Brian Nunez, Attn: McOmber & McOmber, PC, 54 Shrewsbury Ave, Red Bank, NJ 07701-1113 |
| 519454525 | + | Kremer Dental Care, 3 Glenbrook Ct, Chico, CA 95973-5402 |
| 519454526 | + | Louis R. Marion, DMD, MS, LLC, 1500 Locust St, Ste 1416, Philadelphia, PA 19102-4314 |
| 519454528 | + | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |
| 519454529 | + | Orlando Stops, PO Box 4990, Orlando, FL 32802-4990 |
| 519454530 | + | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 519454533 | + | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 519454538 | + | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519454539 | + | Reconstructive Orthopedics PA, 4 Eves Dr, Bldg A, Ste 100, Marlton, NJ 08053-3195 |
| 519454540 | + | Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519454545 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519454541 | + | Sage Capital Recovery, 1040 Kings Hwy N, Ste 500, Cherry Hill, NJ 08034-1928 |
| 519454547 | + | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454557 | + | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |
| 519454558 | + | Virtua Medical Group, PO Box 71451, Philadelphia, PA 19176-1451 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: Andrew.Sklar@txitrustee.com | | |
| | | Dec 14 2021 20:34:00 | Andrew Sklar, Andrew Sklar, Chapter 7 Trustee, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 199 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519454506 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 14 2021 20:34:00 | Barclays Bank Delaware, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519454509 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519454510 | + | Email/Text: legal-dept@cooperhealth.edu | Dec 14 2021 20:34:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 519454516 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 14 2021 20:52:32 | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 519454518 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 14 2021 20:34:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519454520 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 14 2021 20:34:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519454521 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 14 2021 20:34:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519454524 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2021 20:34:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519454527 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | Midland Credit Management, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519454534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 20:52:39 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519454544 | + | Email/PDF: clerical@simmassociates.com | Dec 14 2021 20:52:39 | Simm Associates, Inc., PO box 7526, Newark, DE 19714-7526 |
| 519454546 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 14 2021 20:34:00 | Transworld Sys Inc, 500 Virginia Dr, Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519454500 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454501 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454502 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454503 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454499 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 519454517 | *+ | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 519454531 | *+ | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 519454532 | *+ | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 519454536 | *+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 519454537 | *+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 519454542 | *+ | Sage Capital Recovery, 1040 Kings Hwy N, Ste 500, Cherry Hill, NJ 08034-1928 |
| 519454543 | *+ | Sage Capital Recovery, 1040 Kings Hwy N, Ste 500, Cherry Hill, NJ 08034-1928 |
| 519454548 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454549 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454550 | *+ | Virtua Health, PO Box 71451, Philadelphia, pA 19176-1451 |
| 519454551 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454552 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454553 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 14, 2021 | Form ID: 199 | Total Noticed: 45 |

| | | |
|---|---|---|
| 519454554 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454555 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454556 | *+ | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519454523 | ##+ | John Doe (a fictitious name), Attn: Laffey, Bucci & Kent LLP, 1435 Walnut St, 7th Fl, Philadelphia, PA 19102-3219 |
| 519454535 | ##+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 21 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Lee Martin Perlman | on behalf of Debtor John E. Groff  Jr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4