**FLASTER/GREENBERG**
Attorneys at Law | A Professional Corporation

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

May 2, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
401 Market Street
Camden, New Jersey  08101-2067

**Re:   John E. Groff, Jr.**
       **Case No. 21-19351-ABA  / Adversary Proceeding. No. 22-1067-ABA**

Dear Judge Altenburg:

I am the Ch. 7 trustee in the above case, having been appointed on December 3, 2021. I was advised by the Court by email from Martha Lemmond, that an Order to Show Cause was entered, a part thereof, which directed to me to report to the Court by April 26, 2022, to confirm that no assets would be distributed in Mr. Groff's bankruptcy case.

Please excuse my failure to advise the Court in a timely manner. I reviewed that Order to Show Cause. It was filed in the adversary case and the Affidavit of Services does not have me listed, nor do I recall receiving an electronic notice. In any event, there is a potential of recovery from two affirmative actions: a personal injury action and law division action. We are currently in the process of retaining special counsel.  However, at this time, it is not clear whether it will or will not be an asset case.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

Douglas S. Stanger

DSS/dj
Cc:  Martha L. Lemmond, Career Clerk to The Hon. Judge Altenburg
     Matthew A. Luber, Esq.
     Brian Dooley Kent, Esq.
     Lee Perlman, Esq.
     Christian P. LaBletta, Esq

8908388 v1