UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

In Re:
John E. Groff, Jr.,
Debtor.

Case No.: 21-19351

Judge: ABA

Chapter: 7

**APPLICATION FOR RETENTION OF PROFESSIONAL**

1. The applicant, Douglas S. Stanger, Esq., , is the (check all that apply):

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ______________________________

2. The applicant seeks to retain the following professional Lento Law Group, P.C. to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ______________________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ______________________________

☒ Other Professional:

☐ Realtor ☐ Appraiser ☒ Special Counsel

☐ Auctioneer ☐ Other (specify): ______________________

3. The employment of the professional is necessary because:
It is needed for the specific purpose of representing debtor in a contract dispute action.

4. The professional has been selected because:
The Trustee believes it is qualified to pursue the claim.

5. The professional services to be rendered are as follows:
To represent the Trustee in this action.

6. The proposed arrangement for compensation is as follows:
The Lento firm shall be entitled to 40% of total recovery, plus costs, as set forth in the Fee Arrangement attached to the Certification in support of this Application.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Debtor retained counsel for representation in a contract dispute action prior to filing bankruptcy. Additionally, Debtor, John E. Groff, Jr., is the office manager of the Lento Law Group.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________________________________

______________________________________________________________________

______________________________________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________________________________

______________________________________________________________________

______________________________________________________________________

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: November 9, 2022

s/Douglas S. Stanger
Signature of Applicant

*rev.8/1/15*