FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

646 Ocean Heights Avenue
Linwood, NJ 08221, Ste. 103
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

January 9, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
401 Market Street
Camden, New Jersey 08101-2067

**Re: John E. Groff, Jr.**
**Case No. 21-19351-ABA**
**Status Hearing: January 10, 2023 – 2:00 p.m.**

Dear Judge Altenburg:

Please accept this letter as a response to the above-referenced status hearing and a request for a new hearing date.

The assets in this case are expected proceeds from two civil actions in excess of debtor's exemptions. Special counsel was appointed in both the personal injury matter involving a motor vehicle accident and in the contract dispute with debtor's former employer.

A non-binding arbitration was held in the personal injury matter on January 3, 2023. Although an award was recommended, the parties can reject it, and if the case is not settled, a trial will likely be scheduled for May 2023. In the contract dispute matter, the parties agreed to proceed with binding arbitration, which was recently adjourned and will be rescheduled.

We would respectfully request that the next status conference be scheduled in approximately six months.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

DOUGLAS S. STANGER

DSS/dj

10307381 v1