FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

1555 Zion Road
Northfield, NJ 08225
(609) 645-1881
Fax: (856) 661-1919
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Mail:doug.stanger@flastergreenberg.com

November 13, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
401 Market Street
Camden, New Jersey 08101-2067

**Re: John E. Groff, Jr.**
**Case No. 21-19351-ABA**
**Status Hearing: November 14, 2023 – 2:00 p.m.**

Dear Judge Altenburg:

Please accept this letter as a response to the above-referenced status hearing and a request for a new hearing date.

The assets in this case were expected proceeds from two civil actions in excess of debtor's exemptions. Special counsel was appointed in both the personal injury matter involving a motor vehicle accident and in the contract dispute with debtor's former employer. In the contract dispute matter, a binding arbitration was held but the award was much lower than expected and will likely cover only attorney's fees, as such, this no longer remains as an asset in the case.

As previously reported, a non-binding arbitration was held in the personal injury matter in and defense counsel rejected the arbitration award. No trial has been set in the matter as the parties are still negotiating a possible settlement.

We would respectfully request that the next status conference be scheduled in approximately six months.

Thank you for your attention to this matter.

Respectfully Submitted,
FLASTER/GREENBERG P.C.

*/s/Douglas S. Stanger*

DOUGLAS S. STANGER

DSS/dj